FILED

MAY 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

William Henry Price   117867
Name and Prisoner/Booking Number

Butte County Jail
Place of Confinement

35 County Center Drive
Mailing Address

Oroville, CA 95965-3334
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

William Henry Price
(Full Name of Plaintiff)           Plaintiff,

v.

(1) Child Protective Services, et al.
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

2:17 - CV - 1 0 3 1 KJM CMK PS

CASE NO. _____
(To be supplied by the Clerk)

Fed. R. Civ. 25(d)
42 U.S.C §§1983, 1984, 1985, and 1986
18 U.S.C §§1961-1968

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

42 U.S.C §1997 e(a)

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☒ Other: Fed. R. Civ. P. 25(d) 28 U.S.C § 1101 and 2207, 18 U.S.C. §§ 241 - 242

2. Institution/city where violation occurred: Oroville, California

Revised 3/15/2016                                1

## B. DEFENDANTS

1. Name of first Defendant: __K. Harris__. The first Defendant is employed as: __CPS worker__ at __CPS agency__.
   (Position and Title)                  (Institution)

2. Name of second Defendant: __Doe 1__. The second Defendant is employed as:
   _____ at __CPS agency__.
   (Position and Title)                  (Institution)

3. Name of third Defendant: __Doe 2__. The third Defendant is employed as:
   _____ at __CPS agency__.
   (Position and Title)                  (Institution)

4. Name of fourth Defendant: __Doe 3__. The fourth Defendant is employed as:
   _____ at __Oroville Police Department__.
   (Position and Title)                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __William H. Price__ v. __Food-4-Less__
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __unknown__

   b. Second prior lawsuit:
      1. Parties: __William H. Price__ v. __Bruce Riston__
      2. Court and case number: __Unknown__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Unknown__

   c. Third prior lawsuit:
      1. Parties: __William H. Price__ v. __Judge Thomas W. Kelly__
      2. Court and case number: __Unknown__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Unknown__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>equal protection of the law</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>14th Amendment §1</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On 7/11/12 Eelynn R. Price was examined by medical doctors at Oroville Hospital. That same day she was released without injuries or aggravating reports. A couple of hours later: CPS came to her grandmothers home and snatched her up after being cleared and released to her paternal mother, Morgan Frasure. Therefore the plaintiff sues each one of them in their "individual capacity" and "official capacity."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   As stated above Mr. Price's child was clear from any danger or harm, included release to potential mother without detrimental injuries and still was taken is an act of evil. A plain violation of administrative laws that governs chain of custody. The Hospital made clear there was no injuries. (See Attachment).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __Due Process of Law__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 7/10/12 before the taken of Eelynn R. Price Oroville Police appeared at Tammy Hills Home at 2440 Wynodotte Ave. and persuaded their way in to snatch Eelynn R. Price after being clear from a medical directors at Oroville Hospital. Therefore the plaintiff sues each one of them in their "individual capacity" and "official capacity."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Oroville P.D. showed up at Eelynn's grandmothers home to intimidate the paternal grandmother with their suits and authority. Parallel of intimidation occurred when CPS staff showed up fast talking and enforcing unexplained rules and situation to Tammy Hills and she turned over Mr. Prices and (See Attached)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Fathers right to liberty interest for daughter</u>.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>oppression</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 7/11 /12 CPS question Mr. Price at his house about Eelynns appearance at Oroville Hospital and the OPD made statements of untrue facts in which contributed to the state increasing penalties of not returning the child to either parents. Mr. Price at that time was under Section 8 housing, in which was eligible to receive his child and the state did not release her. CPS made findings based on the police report and findings from Mr. Price prior conviction to determine I was ineligible to care for my child. As of now Mr. Price cannot obtain the reports based on he is incarcerated without leave from the court. I was ascertained those documents to include the free names and capacities of each defendant when it's available to me. Therefore the plaintiff sues each one of them in their "individual capacity" and "official capacity."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I am Eelynns R. Price's father. I have a liberty interest in the course of protecting and caring for my child. CPS, OPD, et all allegation made against by using the state facility to secure my child violate my equal protection and right to due process. CPS violated the equal protection clause by (See Attached)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

Injury Claim 1:

Then CPS and Oroville Police Department all of a sudden override medical doctors and snatched Mr. Prices and Morgan Frasures child. Therefore the plaintiff sues each one of them in their "individual capacity" and "official capacity."

Injury Claim 2:

Morgan Frasure child over to these malicious and vindictive actors. Therefore the plaintiff sues each one of them in their "individual capacity" and "official capacity."

Injury Claim 3:

Preparing to use my rap sheet as estoppel to get my child- when there's no injuries or medical problems written as a threat to proceed. Morgan Frasure successfully left the hospital with our child as a professional doctor cleared her and CPS and OPD conspired to pursue charges that's unfounded in which oppressed the father and mother and caused us to depart and separate parallel with other unrelated facts. Therefore the plaintiff sues each one of them in their "individual capacity" and "official capacity."

## E. REQUEST FOR RELIEF

State the relief you are seeking: 1) That the court claim jurisdiction under 29 U.S.C. § 1343 providing jurisdiction over claims arising under 42 U.S.C. §§ 1983 and 1985, and 28 U.S.C. §§ 2201 and 2202 relating to declaratory judgements. This Court has pendant jurisdiction to adjudicate claims arising under California law. 2) That the Court issue a restraining order restraining defendants and each of them from their illegal acts. 3) That each defendant be sued in their "individual" and "official" capacities for 1 million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/14/17
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6