# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY PRICE, | No. 2:17-CV-1031-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CHILD PROTECTIVE SERVICES, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On October 25, 2018 the court issued an order determining that service of the complaint is appropriate. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court within 20 days that said documents have been submitted. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of December 7, 2018, plaintiff had not complied and the court issued findings and recommendations that the action be dismissed for lack of prosecution. On January 28, 2019, service of process was returned executed by the United States

/ / /

/ / /

/ / /

1

Marshal for all defendants. Good cause appearing therefor, the findings and recommendations issued on December 7, 2018, are hereby vacated.

IT IS SO ORDERED.

Dated: January 31, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE