BRUCE S. ALPERT (SBN 075684)
Butte County Counsel
BRAD STEPHENS (SBN 212246)
Assistant County Counsel
25 County Center Drive, Suite 210
Oroville, CA 95965
(530) 538-7621

GREGORY P. EINHORN (106709)
LAW OFFICES OF GREGORY P. EINHORN
854 MANZANITA COURT, SUITE 110
CHICO, CA 95926
Telephone: (530) 898-0228
Facsimile: (530) 898-0877

Attorneys for the Defendants CHILD PROTECTIVE SERVICES OF BUTTE COUNTY and SHARON STONE

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HENRY PRICE,<br><br>Plaintiff,<br><br>vs.<br><br>CHILD PROTECTIVE SERVICES, et al.,<br><br>Defendants. | Case No. 2:17-CV-1031-KJM-KJN<br><br>**ORDER GRANTING DEFENDANTS CHILD PROTECTIVE SERVICES OF BUTTE COUNTY AND SHARON STONE'S REQUEST TO REDACT/REVISE THE MEMORANDUM OF POINTS AND AUTHORITIES FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6); E.D. Cal. Local Rule 230(l))**<br><br>**Judge: Hon. Kendall J. Newman**<br><br>**Action Filed: May 16, 2017** |

Defendants CHILD PROTECTIVE SERVICES OF BUTTE COUNTY and SHARON STONE'S request to redact/revise the Memorandum of Points and Authorities In Support of Defendants' Motion To Dismiss (FRCP 12(B)(6); E.D. Cal. Local Rule 230(L)) is granted.

1 | The Clerk of Court shall seal ECF No. 18 and defendants shall promptly refile the
2 | redacted version of that document on the docket.

Dated: February 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE