1 **PETERS, HABIB, McKENNA,**
2 **JUHL-RHODES & CARDOZA, LLP**
   414 Salem Street - P. O. Box 3509
3 Chico, California 95927-3509
   Tel: (530) 342-3593 Fax: (530) 342-4272
4 E-mail: mhabib@peterslawchico.com
5
   MARK A. HABIB (State Bar No. 150087)
6 LIA M. JUHL-RHODES (State Bar No. 268816)
7
   Attorneys for Defendants CITY OF OROVILLE;
8 CITY OF OROVILLE POLICE DEPARTMENT

9

10 UNITED STATES DISTRICT COURT

11 FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| WILLIAM HENRY PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>(1) K. HARRIS CPS WORKER, CHILD PROTECTIVE SERVICE;<br>(2) SHARON A. STONE, DIRECTOR, CHILD SUPORT SERVICES;<br>(3) DOE 1, POLICE OFFICER, OROVILLE POLICE DEPARTMENT;<br>(4) CITY OF OROVILLE;<br>(5) DOE 1-20 INCLUSIVE,<br><br>    Defendants | CASE No. 2:17-CV-1031-KJM-KJN<br><br>**ORDER GRANTING DEFENDANTS CITY OF OROVILLE AND CITY OF OROVILLE POLICE DEPARTMENT'S REQUEST TO REDACT/REVISE THE MEMORANDUM OF POINTS AND AUTHORITIES FILED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FRCP 12(b)(6); E.D. Cal. Local Rule 230(l))**<br><br>**Judge: Hon. Kendall J. Newman**<br><br>**Action Filed: May 16, 2017** |

Defendants, CITY OF OROVILLE AND CITY OF OROVILLE POLICE DEPARTMENT'S request to redact/revise the Memorandum of Points and Authorities In Support of Defendants' Motion To Dismiss (FRCP 12(B)(6); E.D. Cal. Local Rule 230(L)) is granted.

////

////

ORDER GRANTING REQUEST TO REDACT/REVISE

1

1 | The Clerk of Court shall seal ECF No. 20-1, and defendants shall promptly refile the
2 | redacted version of that document on the docket.

Dated: February 19, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE