UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY PRICE,<br><br>Plaintiff,<br><br>v.<br><br>CHILD PROTECTIVE SERVICES, et al.,<br><br>Defendants. | No. 2:17-cv-1031-KJM-KJN PS<br><br><br><br>ORDER |

Presently pending before the court are two motions to dismiss filed by defendants and a motion to substitute parties by plaintiff. (ECF Nos. 17, 20, 31.) All motions are presently set for hearing on April 4, 2019.

On March 14, 2019, plaintiff filed a motion for an extension of time of 30 days to oppose the motions to dismiss. (ECF No. 32.) In light of plaintiff's *pro se* status, the court grants the request. However, plaintiff is cautioned that no further extensions will be granted absent good cause. Additionally, even though plaintiff's motion for an extension references substitution of certain parties, the court makes no ruling concerning such matters at this time. As noted below, plaintiff's motion to substitute parties will be heard concurrently with the motions to dismiss.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 32) is GRANTED.
2. The April 4, 2019 hearing on the motions to dismiss and motion to substitute parties is VACATED and CONTINUED to May 2, 2019, at 10:00 a.m., in Courtroom No. 25 before Judge Newman.
3. Plaintiff's opposition to the motions to dismiss, as well as defendants' response to plaintiff's motion to substitute parties, are due April 18, 2019. Any reply briefs are due April 25, 2019.

Dated: March 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE